IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN<br>202 Buffalo Street<br>Franklin, PA 16323<br><br>        Plaintiff<br><br>        vs.<br><br>FRANKLIN AREA SCHOOL DISTRICT<br>40 Knight's Way<br>Franklin, PA 16323<br><br>        and<br><br>EUGENE THOMAS, Superintendent of<br>Franklin Area School District<br>40 Knight's Way<br>Franklin, PA 16323<br><br>        and<br><br>THOMAS HOLOMAN, Co-Principal of<br>Franklin Jr. Sr. High School<br>40 Knight's Way<br>Franklin, PA 16323<br><br>        and<br><br>KRIS MILLER, Co-Principal of<br>Franklin Jr. Sr. High School<br>40 Knight's Way<br>Franklin, PA 16323<br><br>        Defendants | Civil Action No. 1:23-cv-240<br>Electronically Filed<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO POSTPONE MEDIATION**

AND NOW, come the Plaintiff and Defendants, by and through their undersigned counsel, hereby file this Joint Motion to Postpone Mediation as follows:

1.  The parties held an Initial Case Management/Scheduling Conference before the Court on November 20th, 2023.

2.  Pursuant to LCvR 16.2 and Section 3.4B of the U.S. Dist. Ct. Rules W.D. Pa., ADR Procedures, mediation shall be held within sixty (60) days after the Initial Case Management/Scheduling Conference, unless otherwise ordered or extended by the Court for good cause.

3.  The parties agree that it would be beneficial to conduct mediation after the post-discovery conference scheduled for May 6, 2024.

WHEREFORE, the parties jointly request that the Court grant this motion, postpone mediation until after the post-discovery conference scheduled for May 6, 2024, and enter the proposed Order attached hereto.

Respectfully submitted,

| | |
|---|---|
| KNOX McLAUGHLIN GORNALL & SENNETT, P.C. | Marcy Brown |
| By   s/ Robert D. Zaruta | By   s/Neal A. Sanders |
| Robert D. Zaruta, Esq. (307977) | Neal A. Sanders, Esq. (54618) |
| rzaruta@kmgslaw.com | lonas@earthlink.net |
| 120 W. 10th Street | 262 South Water Street, STE 200 |
| Erie, PA 16501-1461 | Kittanning, PA 16201 |
| Phone:  (814) 459-2800 | Phone:  (724) 919-8884 |
| Fax:  (814) 453 – 4530 | Fax:  (814) 919-8903 |
| Attorneys for Defendants, Franklin Area School District, *et al.* | Attorney for Plaintiff, Marcy Brown |

# 2473702.v1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN<br>202 Buffalo Street<br>Franklin, PA 16323<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>FRANKLIN AREA SCHOOL DISTRICT,<br>*et al.*<br><br>　　　　Defendants | ) Civil Action No. 1:23-cv-240<br>) Electronically Filed<br>)<br>)<br>) <u>JURY TRIAL DEMANDED</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, this _____ day of November 2023, upon consideration of the Joint Motion to Postpone Mediation, it is ORDERED that the Motion is GRANTED.  Mediation is postponed until after the post-discovery conference scheduled for May 6, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J.