### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCY BROWN, | : | Civil Action No. 23-240E |
| Plaintiff, | : | Magistrate Judge Maureen P. Kelly |
| vs | : | |
| FRANKLIN AREA SCHOOL DISTRICT; EUGENE THOMAS *Superintendent* of *Franklin Area School District*; THOMAS HOLOMAN *Co-Principal* of *Franklin Jr. Sr. High School* KRIS MILLER *Co-Principal* of *Franklin Jr. St. High School* | : | Electronically Filed |
| Defendant(s). | : | |

### ORDER

*AND NOW*, this _____ day of March, 2024, upon due consideration of the Plaintiff's **Consented to Motion for Enlargement of Time to Complete Fact Discovery** thereto, it is hereby ORDERED that the said Motion is granted. Fact discovery shall be completed by June 30, 2024. The Parties shall complete the ADR process selected by January 22, 2024. The Court will conduct a Post-Discovery status/settlement conference on _____, by telephone. Trial Counsel shall attend and the Parties shall be available by phone {Mediation Session by Judge Lenihan}.

All other aspects of the Court Order of November 20, 2023 shall remain in full force and effect.

BY THE COURT,

/s/ _____
Magistrate Judge Maureen P. Kelly
UNITED STATES MAGISTRATE JUDGE