**From:** Gaetani, Michael P.
**Sent:** Thursday, March 7, 2024 12:30 PM
**To:** 'Neal Sanders'
**Subject:** RE: [ EXTERNAL ] Twuan Harris vs Pennsylvania Department of Corrections - Docket No. 2021-1443 - Plaintiff's Order of Trial Witnesses

Received, thanks for the update.

**From:** Neal Sanders <lonas@earthlink.net>
**Sent:** Thursday, March 7, 2024 12:16 PM
**To:** Gaetani, Michael P. <mgaetani@attorneygeneral.gov>; Bradley, Scott <sbradley@attorneygeneral.gov>
**Cc:** Harry Watkins <harryshoneypot@outlook.com>; Law Offices of Neal Sanders <lonas@earthlink.net>; Franz, Nicole <nfranz@pa.gov>; Eric J Smith CPA <ericsmithcpa@outlook.com>
**Subject:** [ EXTERNAL ] Twuan Harris vs Pennsylvania Department of Corrections - Docket No. 2021-1443 - Plaintiff's Order of Trial Witnesses

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Michael Gaetani, Scott Bradley and Nicole Franz –

To follow is the March 18, 2024 Witnesses list on behalf of the Plaintiff, Twuan Harris.

- Twuan Harris - 9:00am Until Lunch Break
- Parker Laufenberg – 1:00pm
- Dylan Middleton -1:30pm
- Heather Zufelt – 2:30pm { instead of Harry Watkins }
- Eric Lenkner – Admission of Disciplinary Letter by Stipulation

There will be no Harry Watkins.
There will be no Donald Masdea.
There will be no Brett Heckman.

Tuesday March 19, 2024

- Jordan Victoria Harris – 9:00am
- Eric Smith CPA – 9:00am or 9:30am

Heather Zufelt telephoned me on Wednesday March 6th, 2024 I told her we were moving her to the afternoon of March 18, 2024 to replace Harry Watkins. Ms. Zufelt stated that was okay with her.

By,

Neal Sanders for Twuan Harris

**Law Offices of Neal Sanders**
262 S. Water Street
Kittanning, PA 16201
Phone: 724-919-8884
Fax: 724-919-8903

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com