IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

VALERIE BACHER : 0896 - 2020

vs.

PENNSYLVANIA DEPT. OF HUMAN : CIVIL ACTION - LAW
SERVICES / POLK CENTER

Appearances:
For Plaintiff VALERIE BACHER: Neal A. Sanders, Esq.
For Defendant PENNSYLVANIA: McCall B. Chafin, Esq.
Deputy Attorney General

**SUPPLEMENTAL ORDER PRELIMINARY TO TRIAL OF CIVIL CASE**

AND NOW, this 15th day of December, 2023, after conducting a mediation session on December 15, 2023, we hereby schedule this matter for trial to be held on **APRIL 8, 9, 10, 2024, beginning at 9:00 a.m.**

We have allocated THREE (3) days for the trial of this case. Counsel are expected to conclude their presentations within the time allotted. This will be a **NON-JURY trial**.

**FACTUAL AND PROCEDURAL SUMMARY OF CASE:**

Plaintiff was an employee at Polk Center, owned and operated by Defendant as an Intermediate Care Facility for people with intellectual disabilities. On September 28, 2018, an altercation involving a resident who struck Plaintiff and struggled with her while Plaintiff was assigned to care for the resident. There is some dispute about how the altercation was resolved. The altercation eventually involved other employees of Polk Center. There is a video of the incident.

-1-