

Brenda Palmer,

    Claimant,

v.

Steward Sharon Regional Medical Center, Inc.

    Respondent.

JAMS ARBITRATION
REF # 5450000316

# ORDER #3

**Counsel for Claimant:**
Neal Sanders, Esquire
Law Offices of Neal Sanders
262 South Water Street Suite 200
Kittanning, PA 16201

**Counsel for Respondent:**
David Berardinelli, Esquire
Oscar Heanue, Esquire
DeForest, Koscelnik & Berardinelli
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219-1831

**Arbitrator:**
Hon. Patricia McInerney (Ret.)
JAMS
1717 Arch St., Suite 3810
Philadelphia, PA 19103
Telephone: 215-246-9494

**Senior Case Manager:**
Hunter Hollis
JAMS

1717 Arch St., Suite 3810
Philadelphia, PA 19103
Telephone: 215-246-9494

## ORDER #3

At the joint request of the parties the Hearing in this matter scheduled by ZOOM for February 28-March 1, 2024, is continued to May 6-8, 2024, also by ZOOM.

It was further agreed Respondent will file a Motion in Limine by Friday February 9, 2024 and Claimant will file their response on or before Friday, February 23, 2024.

All other provisions of the initial procedural order of March 24, 2023 will remain in effect.

Date : February 13, 2024

*Patricia McInerney*

Hon Patricia McInerney (ret.)
Arbitrator