IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCY BROWN, | : | Civil Action No. 23-240E |
| Plaintiff, | : | Magistrate Judge Maureen P. Kelly |
| vs | : | |
| FRANKLIN AREA SCHOOL DISTRICT; | : | Electronically Filed |
| EUGENE THOMAS *Superintendent* of *Franklin Area School District*; | : | Re: ECF No. 20 |
| THOMAS HOLOMAN *Co-Principal* of *Franklin Jr. Sr. High School* | : | |
| KRIS MILLER *Co-Principal* of *Franklin Jr. St. High School* | : | |
| Defendant(s). | : | |

## ORDER

AND NOW, this __26th__ day of March, 2024, upon due consideration of the Plaintiff's ***Consented to Motion for Enlargement of Time to Complete Fact Discovery*** thereto, it is hereby ORDERED that the said Motion is granted. Fact discovery shall be completed by June 30, 2024.

The Court will conduct a Post-Discovery status/settlement conference on July 1, 2024, at 9:00 a.m. by telephone. Trial Counsel shall attend and the Parties shall be available by phone {Mediation Session by Judge Lenihan}. Telephone status conference will take place as scheduled on 5/6/24 at 8:30 a.m.

BY THE COURT,

*/s/ Maureen P. Kelly*
Magistrate Judge Maureen P. Kelly
UNITED STATES MAGISTRATE JUDGE