IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANKLIN AREA SCHOOL DISTRICT; )<br>EUGENE THOMAS *Superintendent of* )<br>*Franklin Area School District*; )<br>THOMAS HOLOMAN *Co-Principal of* )<br>*Franklin Jr. Sr. High School*; )<br>KRIS MILLER *Co-Principal of Franklin Jr.* )<br>*Sr. High School,* )<br>)<br>Defendants. ) | Civil Action No. 23-240E<br>Magistrate Judge Maureen P. Kelly |

### HEARING MEMO

HEARING HELD:  Telephonic Status Conference
DATE HEARING HELD: May 15, 2024
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                              Appearing for Defendant:
Neal A. Sanders, Esq.                                Robert D. Zaruta, Esq.

Hearing began at 9:00 a.m.                     Hearing concluded at 9:22 a.m.

Stenographer:  None

OUTCOME:

1. Briefly reviewed chronology of case.

2. Update provided as to discovery conducted to date and to be completed.

3. For reasons discussed, parties will file joint motion to extend discovery until 8/31/24. Attorney Zaruta to prepare.

4. Date to be promptly set for mediation with Hon. Lisa Lenihan (Ret.).  Date to be set for September 2024.  Attorney Sanders to secure date that works for all parties.