IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN,<br><br>    Plaintiff<br><br>vs.<br><br>FRANKLIN AREA SCHOOL DISTRICT, EUGENE THOMAS, THOMAS HOLOMAN, and KRIS MILLER,<br><br>    Defendants | Civil Action No. 1:23-cv-240<br><br>Re: ECF No. 25 |

## ORDER

AND NOW, this 23rd day of May, 2024, upon due consideration of the Joint Motion for Enlargement of Time to Complete Fact Discovery thereto, it is hereby ORDERED that the said Motion is granted. Fact discovery shall be completed by August 31, 2024. The Parties shall complete the ADR process selected by September 25, 2024. The Court will conduct a Post-Discovery status/settlement conference ~~at a date to be determined in September 2024~~ on October 1, 2024 at 9:00 a.m., by telephone. Trial Counsel shall attend and the Parties shall be available by phone {Mediation Session by Judge Lenihan}.

All other aspects of the Case Management Order of November 20, 2023 shall remain in full force and effect.

BY THE COURT:

/s/ *Maureen P. Kelly*
Magistrate Judge Maureen P. Kelly
UNITED STATES MAGISTRATE JUDGE

# 2510741.v1