**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MARCY BROWN,               )
                              )  Civil Action No. 1:23-cv-240
         Plaintiff       )
                              )
        vs.                )
                              )
FRANKLIN AREA SCHOOL DISTRICT,   )
EUGENE THOMAS, THOMAS        )
HOLOMAN, and KRIS MILLER,      )
                              )
        Defendants    )

## <u>JOINT NOTICE OF MEDIATION</u>

The **Mediation** session is scheduled in the above-captioned matter for **September 25, 2024** at **10:00 a.m.**  The session will be held at the Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date:  <u>July 15, 2024</u>       Signature:  <u>/s/ Robert D. Zaruta</u>

                                          Signature:<u>/s/ Neal A. Sanders</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MARCY BROWN,                                )
                                            )   Civil Action No. 1:23-cv-240
                    Plaintiff               )
                                            )
        vs.                                 )
                                            )
FRANKLIN AREA SCHOOL DISTRICT,              )
EUGENE THOMAS, THOMAS                       )
HOLOMAN, and KRIS MILLER,                   )
                                            )
                    Defendants              )

**<u>ORDER</u>**

   AND NOW, this _____ day of May, 2024, upon due consideration of the

Joint Motion for Enlargement of Time to Complete Fact Discovery thereto, it is hereby

ORDERED that the said Motion is granted.  Fact discovery shall be completed by

August 31, 2024.  The Parties shall complete the ADR process selected by

September 25, 2024.  The Court will conduct a Post-Discovery status/settlement

conference at a date to be determined in September 2024, by telephone.  Trial Counsel

shall attend and the Parties shall be available by phone {Mediation Session by Judge

Lenihan}.

   All other aspects of the Case Management Order of November 20, 2023

shall remain in full force and effect.

           BY THE COURT:


           /s/ _____
           Magistrate Judge Maureen P. Kelly
           UNITED STATES MAGISTRATE JUDGE

# 2510741.v1