IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN, | : |
| Plaintiff, | : Civil Action No. 1:23-cv-240 |
| | : |
| vs. | : Hon. Maureen Kelly |
| | : |
| | : Re: ECF No. 29 |
| FRANKLIN AREA SCHOOL DISTRICT, ET AL. | : |
| | : Electronically Filed |
| Defendants. | : |

**ORDER**

AND NOW, this _21st_ day of August 2024 upon due consideration of the Joint Motion for Enlargement of Time to Complete Fact Discovery, it is hereby ORDERED that the said Motion is GRANTED. Fact Discovery shall be completed by September 24, 2024. The Mediation Session with Judge Lenihan shall take place as scheduled on Wednesday September 25, 2024.

All other aspects of the Case Management Order of November 20, 2023, shall remain in full force and effect.

No further extensions of fact discovery. Status conference to take place on 10/1/24 at 9:00 a.m. as previously scheduled.

BY THE COURT:

_/s/ Maureen Kelly_
Magistrate Judge Maureen P. Kelly
UNITED STATES MAGISTRATE JUDGE