**URGENT — Deliver to Mr. Zavuta this A.M. 8.22.2024**

# LAW OFFICES OF NEAL A. SANDERS

Neal A. Sanders, Esquire
Dirk D. Beuth, Esquire

262 South Water Street
Suite 200
Kittanning, PA 16201
Phone: (724) 919-8884
Fax: (724) 919-8903

**9:34 AM**

DATE: **Thursday August 22, 2024**

TO: **Robert Zavuta Esq. Erie, PA**

FAX #: **814.453.4530**

FROM: **Neal Sanders for Marcy Brown**

RE: **Marcy Brown vs. FASD et al.**

Number of Pages including this cover page: **1:23-CV-240**

COMMENTS: **Subpoena Ducus Tecums Directed to Tom Holoman / Giancarlo Delmo / Scott Ziegler / Denise Phipps / Danielle Preston / Matt Gustafson / Aviela Swem / Jamie Lyons / Eugene Thomas / Return By 9/13/2024 all attached —**

**Neal Sanders**

The documents accompany this telecopy transmission are from the law firm of Neal A. Sanders, and contain information which is confidential and / or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this telecopied information, is strictly prohibited. The documents should be returned to Law Offices of Neal A. Sanders immediately. If you have received this communication in error, please notify us immediately by telephone at (724) 919-8884, so that we may arrange for the return of the original documents to us at no cost to you.

cc: **Marcy Brown, Plaintiff**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Marcy Brown
*Plaintiff*

v.                                          Civil Action No. 1:23-CV-240

Franklin Area School District et al
*Defendants*

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Tom Holoman and Tom Holoman c/o Robert Zaruta on behalf of Holoman and FASD
*(Name of person to whom this subpoena is directed)*

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: from the private cell phone of Tom Holoman and private email and his social media accounts between January 1, 2022 and August 21, 2024 all emails, text messages and social media postings all pertaining to Marcy Brown.

Place: Law offices of Neal Sanders / lonas@earthlink.net    Date and Time: Friday September 13, 2024 at/by 12 Noon et

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

_____          OR    Neal A. Sanders
CLERK OF COURT
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown
NEAL A. SANDERS / 262 South Water Street, Kittanning, PA 16201 / lonas@earthlink.net / 724.919.8884, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: Tom Holoman at JHSD and c/o Robert Caruta Esq

on *(date)* 8/22/2024 ; or
8/23/2024

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

_____
Neal C. Sanders
Server's signature

NEAL A. SANDERS
Printed name and title

lonas@earthlink.net
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Pennsylvania

Marcy Brown
_Plaintiff_

v.

Franklin Area School District et al
_Defendants_

Civil Action No. 1:23-CV-240

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Giancarlo Delmo and Giancarlo c/o Robert Zarista on behalf of FASD
_(Name of person to whom this subpoena is directed)_

☒ _Production:_ YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: from the private cell phone of Giancarlo Delmo and private email and his social media accounts between January 1, 2022 and August 21, 2024 all emails, text messages and social media postings all pertaining to Marcy Brown,

| Place: Law Offices of Neal Sanders @lonas@earthlink.net | Date and Time: Friday September 13, 2024 9/13/2024 at/by 12 Noon et |
|---|---|

☐ _Inspection of Premises:_ YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

OR _Neal G. Sanders_

_Signature of Clerk or Deputy Clerk_ — _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Marcy Brown
NEAL A. SANDERS / 262 South Water Street, who issues or requests this subpoena, are:
Kittanning, PA 16201 / lonas@earthlink.net / 724.919.8884

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: Giancarlo Redmo at JHSD and c/o Robert Zarita atty

on *(date)* 8/22/2024 ; or 8/23/2024

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

_____
Server's signature

NEAL A. SANDERS
Printed name and title

lonas @ earthlink.net
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Marcy Brown
_Plaintiff_

v.

Franklin Area School District et al
_Defendants_

Civil Action No. 1:23-CV-240

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Scott Ziegler, teacher and Scott Ziegler c/o Robert Zarutu on behalf of FASD
_(Name of person to whom this subpoena is directed)_

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: from the cell phone of Scott Ziegler, and private email and his social media accounts between January 1, 2022 and August 21, 2024 all emails, text messages and social media postings all pertaining to Marcy Brown

| Place: Law Offices of Neal Sanders @ lonas@earthlink.net | Date and Time: Friday September 13th, 2024 at/by 12 Noon EST |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_    OR    _Neal Sanders_
_Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown, who issues or requests this subpoena, are: NEAL A. SANDERS / 262 So. Water Street / Kittanning PA 16201 / lonas@earthlink.net / 724.919.8884

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: Scott Zeglen at JHSO and c/o Robert Zarata atty

on *(date)* 8/22/2024 ; or
8/23/2024

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

*Neal Sanders*
*Server's signature*

NEAL A. SANDERS
*Printed name and title*

lonas @ earthlink.net
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Marcy Brown
*Plaintiff*
v.

Franklin Area School District et al
*Defendants*

Civil Action No. 1:23-CV-240

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Denise Phipps and Denise Phipps at her residence, former admin,
*(Name of person to whom this subpoena is directed)*

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: From the cellphone of Denise Phipps and/or her social media accounts between January 1, 2022 and August 28, 2024, all emails, text messages and social media postings all pertaining to Marcy Brown including email

Place: Law Offices of Neal Sanders / lonas@earthlink.net

Date and Time: Friday, September 13th 2024 at/by 12 Noon et

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

_____     OR     Neal A. Sanders
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown, who issues or requests this subpoena, are: NEAL A. SANDERS / 262 So. Water Street / Kittanning PA 16201 / lonas@earthlink.net / 724.919.8884

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: *to the residence of Denise Phypps in Franklin PA*

on *(date)* 8/22/2024 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

*Neal A. Sanders*
Server's signature

NEAL A. SANDERS
Printed name and title

lonas@earthlink.net
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
### Western District of Pennsylvania

Marcy Brown
*Plaintiff*

v.

Franklin Area School District et al.
*Defendants*

Civil Action No. 1:23-CV-240

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Danielle Preston, teacher and Danielle Preston c/o Robert Zaruta, Atty on behalf of Defendant FASD
*(Name of person to whom this subpoena is directed)*

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: From the cell phone of Danielle Preston and her social media accounts between January 1, 2022 thru August 21, 2024, all emails, texts messages and social media postings all pertaining to Marcy Brown and email acct.

Place: Law offices of Neal A. Sanders, 262 South Water Street Kittanning PA 16201 OR lonas@earthlink.net

Date and Time: FRIDAY, September 13th, 2024 By 12 Noon et

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:

Date and Time:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR  Neal A. Sanders Esq.
_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown, NEAL A. SANDERS, 262 So Water St Kittanning PA 16201 / lonas@earthlink.net / 724-919-8884, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*

on *(date)*

☑ I served the subpoena by delivering a copy to the named person as follows: to Danielle Preston c/o Robert Zaruta on Thursday, August 22, 2024 and to Preston via FRSD email on Friday Aug. 23, 2024 on *(date)* 8/22/2024 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

_Neal A. Sanders_
Server's signature

NEAL A. SANDERS
Printed name and title

lonas @ earthlink.net
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Marcy Brown
*Plaintiff*
v.
Franklin Area School District et al.
*Defendants*

Civil Action No. 1:23-CV-240

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Matt Gustafson, teacher and Matt Gustafson c/o Robert Zaruta, Atty on behalf of Defendant FASD (teacher)
*(Name of person to whom this subpoena is directed)*

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: From the cell phone of Matt Gustafson and/or his social media accounts between January 1, 2022 and August 21, 2024 all emails, text messages and social media postings pertaining to Marcy Brown (incl email (illegible))

Place: Law offices of Neal Sanders    Date and Time: Friday September 13,
lonas@earthlink.net                    2024 by 12 Noon ET

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:                                  Date and Time:

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

                                        OR   Neal Sanders Esq.
_____                    _____
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown, who issues or requests this subpoena, are:
NEAL A. SANDERS, 262 South Water Street, Kittanning PA 16201 / lonas@earthlink.net / 724 919 8884

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☒ I served the subpoena by delivering a copy to the named person as follows: Matt Gustafson
C/o Robert Zonita on Thursday August 22, 2024
and to Matt Gustafson via on *(date)* 8/22/2024 ; or
email to FASD

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

Neal Sanders
*Server's signature*

NEAL A. SANDERS
*Printed name and title*

lonas@earthlink.net
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Marcy Brown
*Plaintiff*

v.   Civil Action No. 1:23-CV-240

Franklin Area School Dist et al
*Defendants*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Ariela Swem and Ariela Swem c/o Robert Zarista atty on behalf of Defendant FASD (teacher)
*(Name of person to whom this subpoena is directed)*

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: From the cell phone of Ariela Swem and/or her social media accounts between January 1, 2022 and August 21, 2024 all emails, text messages and social media postings all pertaining to Marcy Brown, (and email depts)

| Place: Law Offices of Neal Sanders lonas@earthlink.net | Date and Time: Friday September 13, 2024 at by 12 Noon et |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

OR  Neal C. Sanders

*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown, who issues or requests this subpoena, are:
NEAL A SANDERS/ 262 So. Water Street
Kittanning, PA 16201/ lonas@earthlink.net/ 724.919.8884

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☒ I served the subpoena by delivering a copy to the named person as follows: Ariela Swem
c/o Robert Zaruta on Thursday August 22, 2024 and
to Ariela Swem via
email on / to FASO
on *(date)* 8/23/2024 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

Neal C. Sanders
*Server's signature*

NEAL A. SANDERS
*Printed name and title*

lonas@earthlink.net
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania

Marcy Brown
_Plaintiff_
v.
Franklin Area School District et al
_Defendants_

Civil Action No. 1:23-CV-240

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Jamie Lyons, Teacher, and Jamie Lyons c/o Robert Zaruta Atty on behalf of Defendant, FASD
(Name of person to whom this subpoena is directed)

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: From the cell phone of Jamie Lyons and/or her social media accounts between February 1, 2022 and August 21, 2024 all emails, text messages and social media things all pertaining to Marcy Brown. (and email acct)

Place: Law Offices of Neal Sanders @ lonas@earthlink.net
Date and Time: Friday, September 13, 2024 at by 12 Noon et

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|--------|----------------|
|        |                |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

OR /s/ Neal Sanders

_Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown, who issues or requests this subpoena, are:
Neal A. Sanders / 26 S. Water Street / Kittanning PA 16201 / lonas@earthlink.net / 724 919 8884

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☒ I served the subpoena by delivering a copy to the named person as follows: Jimmie Lyons
c/o Robert Zaruta on Thursday August 22, 2024
and to Jimmie Lyons via
email to JFASD on *(date)* 8/23/2024 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

_____Neal A. Sanders_____
Server's signature

_____NEAL A. SANDERS_____
Printed name and title

_____lonas@earthlink.net_____
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## Western District of Pennsylvania

Marcy Brown
*Plaintiff*

v.

Franklin Area School Dist et al
*Defendants*

Civil Action No. 1:23-CV-240

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Eugene Thomas, Supt. and Eugene Thomas c/o Robert Zaruta on behalf of Eugene Thomas and FASD
*(Name of person to whom this subpoena is directed)*

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: from the cell phone of Eugene Thomas and/or his social media accounts between June 1, 2022 and August 21, 2024 all emails, text messages and social media postings pertaining to Marcy Brown (incl. acct. Email acct)

| Place: Law offices of Neal Sanders @ lonas@earthlink.net | Date and Time: Friday, September 13th 2024 by/at 12 Noon et |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 22, 2024

CLERK OF COURT

_____          OR          Neal A Sanders
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marcy Brown
Neal A. Sanders / 262 So Water Street / Utannning PA 16201 / lonas@earthlink.net / 724.919-8884, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: Eugene Thomas
C/o Robert Zarutz Esq
on *(date)* 8/22/2024 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/22/2024

_____
Neal G. Sanders
*Server's signature*

NEAL A. SANDERS
*Printed name and title*

lunas@earthlink.net
*Server's address*

Additional information regarding attempted service, etc.: