IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN, | ) Civil Action No. 1:23-cv-240 |
| Plaintiff | ) |
| vs. | ) The Honorable Maureen P. Kelly |
| FRANKLIN AREA SCHOOL DISTRICT, | ) |
| Defendants | ) |

## **ORDER**

AND NOW, this ___ day of _____, 2024, upon consideration of Franklin Area School District's Motion to Quash the Subpoenas emailed to counsel on August 22, 2024, it is hereby ORDERED that the Motion is GRANTED and the subpoenas are hereby QUASHED.

_____
Maureen P. Kelly, U.S. District Judge

# 2530285.v1