# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCY BROWN | : | Case No. 23-240 |
| | : | |
| Plaintiff, | : | The Honorable Maureen P. Kelly |
| | : | |
| vs. | : | PLAINTIFF'S RESPONSE TO MOTION |
| | : | TO QUASH SUBPOENAS FAXED TO |
| FRANKLIN AREA SCHOOL DISTRICT; | : | COUNSEL ON AUGUST 22, 2024 |
| EUGENE THOMAS; THOMAS | : | |
| HOLOMAN; and KRIS MILLER, | : | Filed on Behalf of: Plaintiff, Marcy |
| | : | Brown |
| Defendants. | : | |
| | : | COUNSEL OF RECORD FOR THIS |
| | : | PARTY: |
| | : | Neal A. Sanders, Esquire |
| | : | PA ID NO. 54618 |
| | : | LAW OFFICES OF NEAL A. SANDERS |
| | : | 262 South Water Street, Suite 200 |
| | : | Kittanning, PA 16201 |
| | : | |
| | : | (724) 919-8884 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCY BROWN | : | Case No. 23-240 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRANKLIN AREA SCHOOL DISTRICT; | : | |
| EUGENE THOMAS; THOMAS | : | |
| HOLOMAN; and KRIS MILLER, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSE TO MOTION TO QUASH
SUBPOENAS FAXED TO COUNSEL ON AUGUST 22, 2024**

Plaintiff, Marcy Brown, by and through her undersigned counsel, files the following Response to Motion to Quash Subpoenas Faxed to Counsel on August 22, 2024:

1. Plaintiff denies that there are any subpoenas to "quash" as none of the subpoenas faxed to Defendant's counsel on August 22, 2024, were served on the individuals to whom they are directed, nor were there any attempts at personal service. Rather, they were only sent to defense counsel for the purpose of providing notice and to determine if he would accept service on behalf of the individuals who are employees of the Defendant Franklin Area School District.

2. In consideration of the Defendant's Motion to Quash, Plaintiff withdraws the subpoenas, which again have not been served upon any of the individuals to

whom they are directed.

3. Plaintiff intends to reissue the subpoenas pursuant to, and in compliance with, Rule 45 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff's respectfully requests that this Honorable Court deny as moot the Defendant's Motion to Quash Subpoenas Faxed to Counsel on August 22, 2024.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS,

Dated: August 29, 2024

By:/s/Neal A. Sanders
Neal A. Sanders, Esquire
Pa Id # 54618
Law Offices of Neal A. Sanders
262 South Water Street, Suite 200
Kittanning, Pennsylvania 16201
(724) 919-8884
Counsel for Plaintiff
*Marcy Brown*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of August 2024, a true and correct copy of the foregoing *Plaintiff's Response to Motion to Quash Subpoenas Faxed to Counsel on August 22, 2024,* was sent by facsimile and/or email, to the following:

Robert Zaruta
KNOX LAW FIRM
120 West Tenth Street
Erie, PA 16501

Dated: August 29, 2024                    By:/s/Neal. A. Sanders _____
                                                               Neal A. Sanders, Esquire
                                                               PA ID No. 54618
                                                               Counsel for Plaintiff

                                                               Law Offices of Neal A. Sanders
                                                               262 South Water Street, Suite 200
                                                               Kittanning, PA 16201

                                                               T (724) 919-8884
                                                               F (724) 919-8903