IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCY BROWN | : | Case No. 23-240 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRANKLIN AREA SCHOOL DISTRICT; | : | |
| EUGENE THOMAS; THOMAS | | |
| HOLOMAN; and KRIS MILLER, | : | |
| | : | |
| Defendants. | : | |

### PROPOSED ORDER OF COURT

AND NOW, this ___ day of _____, 2024, upon due consideration of Defendant's Motion to Quash Subpoenas Faxed to Counsel on August 22, 2024, and Plaintiff's Response thereto, it is hereby ORDERED that said motion is denied as moot. The subpoenas at issue were not served upon the individuals to whom they were directed, and Plaintiff has voluntarily withdrawn same. Plaintiff may reissue the subpoenas pursuant to, and in compliance with, Rule 45 of the Federal Rules of Civil Procedure.

BY THE COURT,

_____J.