IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN, ) | Civil Action No. 1:23-cv-240 |
| ) | |
| Plaintiff ) | |
| ) | The Honorable Maureen P. Kelly |
| vs. ) | |
| ) | |
| FRANKLIN AREA SCHOOL DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

AND NOW, this ___ day of _____, 2024, upon consideration of Franklin Area School District's Motion for a Protective Order, it is hereby ORDERED that the Motion is GRANTED, and further that Emily Holoman, Denise Phipps, and Giancarlo are relieved from producing all personal emails, text messages, and voice messages sent or received during the period of January 21, 2022 through August 21, 2024.

                                                                            Maureen P. Kelly, U.S. District Judge

# 2533645.v1