# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARCY BROWN                              :        Case No. 23-240
                                        :
                        Plaintiff,       :
                                        :
vs.                                      :
                                        :
FRANKLIN AREA SCHOOL DISTRICT;  :
EUGENE THOMAS; THOMAS           :
HOLOMAN; and KRIS MILLER,        :
                                        :
                        Defendants.      :

## NOTICE OF INTENT TO SERVE SUBPOENA FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION UPON DENISE PHIPPS

Notice is hereby given, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, that Plaintiff intends to serve the attached subpoena on Denise Phipps on September 4, 2024.

                              Respectfully submitted,

                              LAW OFFICES OF NEAL A. SANDERS,


Dated: August 29, 2024        By:_____
                              Neal A. Sanders, Esquire
                              Pa Id # 54618
                              Law Offices of Neal A. Sanders
                              262 South Water Street, Suite 200
                              Kittanning, Pennsylvania 16201
                              (724) 919-8884
                              Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 29th day of August 2024, a true and correct copy of the foregoing **Notice of Intent to Serve Subpoena for the Production of Documents and Electronically Stored Information Upon Denise Phipps**, was sent by facsimile and/or email, to the following:

> Robert Zaruta
> KNOX LAW FIRM
> 120 West Tenth Street
> Erie, PA 16501

Dated: August 29, 2024

By: _____

Neal A. Sanders, Esquire
PA ID No. 54618
Counsel for Plaintiff

Law Offices of Neal A. Sanders
262 South Water Street, Suite 200
Kittanning, PA 16201

T (724) 919-8884
F (724) 919-8903