IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARCY BROWN                                    :        Case No. 23-240
                                               :
            Plaintiff,                         :
                                               :
vs.                                            :
                                               :
FRANKLIN AREA SCHOOL DISTRICT;  :
EUGENE THOMAS; THOMAS           :
HOLOMAN; and KRIS MILLER,       :
                                               :
            Defendants.                        :

## NOTICE OF INTENT TO SERVE SUBPOENA FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION UPON GIANCARLO DELMO

Notice is hereby given, pursuant to Rule 45(a)(4) of the Federal Rules of

Civil Procedure, that Plaintiff intends to serve the attached subpoena on Giancarlo

Delmo on September 4, 2024.

                                    Respectfully submitted,

                                    LAW OFFICES OF NEAL A. SANDERS,


Dated: August 29, 2024             By: _____
                                    Neal A. Sanders, Esquire
                                    Pa Id # 54618
                                    Law Offices of Neal A. Sanders
                                    262 South Water Street, Suite 200
                                    Kittanning, Pennsylvania 16201
                                    (724) 919-8884
                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of August, 2024, a true and correct copy of the foregoing **Notice of Intent to Serve Subpoena for the Production of Documents and Electronically Stored Information Upon Giancarlo Delmo,** was sent by facsimile and/or email, to the following:

Robert Zaruta
KNOX LAW FIRM
120 West Tenth Street
Erie, PA 16501

Dated: August 29, 2024

By:

Neal A. Sanders, Esquire
PA ID No. 54618
Counsel for Plaintiff

Law Offices of Neal A. Sanders
262 South Water Street, Suite 200
Kittanning, PA 16201

T (724) 919-8884
F (724) 919-8903