IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCY BROWN | : | Case No. 23-240 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRANKLIN AREA SCHOOL DISTRICT; | : | |
| EUGENE THOMAS; THOMAS | : | |
| HOLOMAN; and KRIS MILLER, | : | |
| | : | |
| Defendants. | : | |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2024, upon due consideration of Defendants' Motion for Protective Order and Plaintiff's Opposition thereto, it is HEREBY ORDERED that an *in camera* inspection of the communications made by Phipps and Delmo which the Defendants assert are covered by attorney client privilege and/or the work product doctrine will take place of _____, 2024, to determine if the communications are privileged and, if so, whether privilege has been waived.

BY THE COURT,

_____J.