IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCY BROWN | Case No. 1:23-cv-240 |
| Plaintiff, | The Honorable Maureen P. Kelly |
| vs. | Re: ECF No. 44 |
| FRANKLIN AREA SCHOOL DISTRICT; EUGENE THOMAS; THOMAS HOLOMAN; and KRIS MILLER, | |
| Defendants. | |

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

1. Pleased to report that the case has been settled.

2. Plaintiff hereby stipulates to her case dismissal with prejudice

3. Please docket the case accordingly.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Dated: November 26, 2024

By: /s/Neal A. Sanders
Neal A. Sanders, Esquire
PA ID No. 54618
Counsel for Plaintiff

Law Offices of Neal A. Sanders
262 South Water Street, Suite 200
Kittanning, PA 16201

T (724) 919-8884
F (724) 919-8903

AND NOW, this 27th day of November, 2024, IT IS SO ORDERED.

/s/ Maureen P. Kelly
UNITED STATES MAGISTRATE JUDGE

2